NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DESPATCH INDUSTRIES LIMITED PARTNERSHIP,**
*Plaintiff-Appellant,*

AND

**FREDRIKSON & BYRON, P.A. AND KNOBBE, MARTENS, OLSON & BEAR, LLP,**
*Sanctioned Parties-Appellants,*

v.

**TP SOLAR, INC.,**
*Defendant-Appellee.*

---

2012-1036, -1111

---

Appeals from the United States District Court for the Central District of California in case no. 11-CV-2357, Judge Manuel L. Real.

---

**ON MOTION**

---

**ORDER**

Despatch Industries Limited Partnership moves to consolidate appeal nos. 2012-1036 and 2012-1111. TP Solar, Inc. does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 22 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Kurt J. Niederluecke, Esq.
    Jacques Dulin, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 22 2012

JAN HORBALY
CLERK